PD-1112-15

NO. 12-14-00069

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Clerk

JASON FRIZZELL

V.

THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Clerk

From Appeal No. 12-14-00069
Trial Cause No. 13CR-183
Houston County.

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, JASON FRIZZELL, Petitioner, and files this Motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, appellant shows the Court the following.

I.

The Petitioner was convicted in the 349th District Court of Houston County, Texas of the offense of Injury To A Child In Cause No. 13CR-183, styled State of Texas vs. Jason Frizzell.

The Petitioner appealed to the Court of Appeals, 12th Supreme Judicial District. The case was affirmed on 8-5-2015.

II.

Petitioner's request for an extension is based upon the following Facts: Petitioner was not informed of the decision of the court of appeals in affirming his case until 8-12-2015. Since that time Petitioner has been attempting to gain legal representation in the matter. His attorney on the appeal, Stephen Evans, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant his motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 13CR-183 to November 4th, 2015

Jason Frizzell

Jason Frizzell
Petitioner, pro se
Texas Department of Criminal
Justice Gib Lewis Unit
TDCJ-ID# 1915199
Woodville, Texas 75990

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to file Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class, to the Attorney for State, DONNA GORDON, at 401 E. Houston Street, Crockett Texas 75835, and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 20th day of August, 2015.

Jason Frizzell
Jason Frizzell
Petitioner, pro se